AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRUSTEES OF THE IRON WORKERS
WELFARE PLAN

CASE NUMBER: 19cv3384

V.

ASSIGNED JUDGE: Sara L. Ellis

KINKELAAR PRODUCTS & SERVICES, INC. a/k/a KINKELAAR REINFORCING a/k/a KPS REINFORCING and STEVEN KINKELAAR individually d/b/a KINKELAAR PRODUCTS & SERVICES, INC. a/k/a KINKELAAR REINFORCING a/k/a KPS REINFORCING, a dissolved Illinois corporation

DESIGNATED
MAGISTRATE JUDGE: Jeffrey Cole

TO: (Name and address of Defendant)

KINKELAAR PRODUCTS & SERVICES, INC.
c/o STEVEN KINKELAAR, REGISTERED AGENT
13202 E. 1925TH AVE.
EFFINGHAM, IL 62401

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DANIEL P. McANALLY
WHITFIELD McGANN & KETTERMAN
111 E. WACKER DRIVE
SUITE 2600
CHICAGO, IL 60601

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



(By) DEPUTY CLERK

May 21, 2019

DATE

## United States District Court Northern District of Illinois

Trustees of the Iron Workers Welfare Plan,
    Plaintiff(s),
vs.

Kinkelaar Products & Services et al,
    Defendant(s).

For: **McGann Ketterman & Rioux** N11578

CASE NO.: 19 CV 3384

Court Date: N/A



## AFFIDAVIT OF SERVICE

Received by Meador Investigations, to be served on:

**Kinkelaar Products and Services Inc. c/o Steven Kinkelaar, Registered Agent 13202 E 1925th Ave, Effingham, IL62401.**

I, **Brent Bohnhoff**, being first duly sworn on oath, depose and say the following:

I SERVED, on **May 31, 2019 at 11:25 AM**, the within

**Summons In A Civil Case and Complaint** In accordance with state statutes in the manner indicated below:

**CORPORATE SERVICE:** By leaving a copy of the above mentioned documents with

Name: **STEVEN KINKELAAR** Title: **Executive**, an officer or agent of Kinkelaar Products and Services Inc.

At c/o Steven Kinkelaar, Registered Agent 13202 E 1925th Ave, Effingham, IL62401.

Description of person accepting service:

| Sex | Skin | Hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | Caucasian | Gray | 55-65 | 5'11" | 275 |

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

State of Illinois
_____ County
Signed and sworn to before me on
this _____ day of _____, 19.

_____
NotaryPublic

CHARITY BOHNHOFF
Official Seal
Notary Public - State of Illinois
My Commission Expires Nov 2, 2020

SERVED BY: _____
Process Server Number: 129-291325
Meador Investigations
PO Box 157
Lincoln, IL62656
217.732.1585
IL Lic#117-001077

*363500*