IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the IRON WORKERS<br>TRI-STATE WELFARE PLAN<br><br>Plaintiffs,<br><br>v.<br><br>KINKELAAR PRODUCTS & SERVICES, INC. a/k/a<br>KINKELAAR REINFORCING a/k/a KPS REINFORCING<br>and STEVEN KINKELAAR individually d/b/a KINKELAAR<br>PRODUCTS & SERVICES, INC. a/k/a KINKELAAR<br>REINFORCING a/k/a KPS REINFORCING,<br>a dissolved Illinois corporation,<br><br>Defendants. | Case No. 19 cv 3384<br><br>Judge Ellis |

## Order of Default

WHEREAS, the Plaintiffs filed their Complaint on May 20, 2019 and the Defendants were served with copies of Summonses and Complaints; and

WHEREAS, the Defendants have failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, an order of default is hereby entered against the Defendants in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED that Defendants produce within 14 days, at the location of Plaintiffs' choosing, and permit the Plaintiffs to inspect and to copy each of the following documents for the period April 2016 through present:

1)      Employer's Quarterly Tax Returns, IRS Form No. 941;
2)      State Unemployment Compensation Form U.C. No. 3;

3)  Payroll Journal; Cash Disbursement Journal; Cash Receipts Journal; Payroll Subsidiaries;
4)  General ledger;
5)  Invoices of subcontractors and suppliers;
6)  Time and job record cards;
7)  Listing or schedule of subcontractors;
8)  Check stubs and cancelled checks;
9)  W-2 Wage Statements and all other payroll records;
10) Any other contribution reports involving employees filed with other Trust Funds;
11) IRS Forms 1099 and 1096;
12) Workers' Compensation Policies including any Workers' Compensation Audit Reports.
13) Construction loan data;
14) Waivers of Lien;
15) Federal Income Tax Returns;
16) Any other information deemed necessary by the Plaintiffs to effectuate a completed audit report.

This Court will retain jurisdiction to enter an appropriate Supplemental Judgment Order as to amounts owed to Plaintiffs after completion of the audit.

ENTERED:

_____
SARA L. ELLIS
UNITED STATES DISTRICT JUDGE

DATED: 7/16/2019

2